IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RODNEY ADAMS                                                                              PLAINTIFF

V.                          CASE NO. 3:17-CV-00159-JTK

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Defendant, affirming the decision of the Commissioner and dismissing Plaintiff's case with prejudice.

SO ADJUDGED this 16th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE